

FILED

12/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0424

FILED

DEC 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

TOM VAN HAELE,

    Plaintiff and Appellant,

v.

JUDY KUHL, VALERIE CRAMER and
JENNIFER CRAMER,

    Defendants and Appellees.

ORDER

Appellant Tom Van Haele has filed a motion for extension of time within which to file his opening brief that is currently due December 23, 2021.

This Court observes that the record was received on September 24, 2021. We further observe that the transcripts in this appeal have not been distributed to the parties because of non-payment. An Appellant, such as Van Haele, has the duty to "present sufficient record[,]" which includes the transcripts of the underlying proceedings for this Court to review on appeal. M. R. App. P. 14(2) and 14(3). Van Haele should endeavor to pay the Court Reporter for producing transcripts, as requested, and pursuant to our rules. M. R. App. P. 5(5). Accordingly,

IT IS HEREBY ORDERED that Appellant has until January 13, 2022, within which to file his opening brief.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties.

DATED this 21ˢᵗ day of December, 2021.

For the Court,

_____
Chief Justice